141 So. 713

## L. L. WAGES v. STATE.

### 6 Div. 156.

Supreme Court of Alabama.

May 12, 1932.

Ross, Bumgardner, Ross & Ross, of Bessemer, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., opposed. See, also, Wages v. State, 141 So. 707.

PER CURIAM.

Petition of L. L. Wages for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Wages v. State, 141 So. 709.

Writ denied.

GARDNER, BOULDIN, FOSTER, and KNIGHT, JJ., concur.